IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

U. S. MAGISTRATE JUDGE BARRY BRYANT
COURTROOM DEPUTY/ECRO LYNN SIEBEL

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V | § | 5:15MJ13 |
| | § | |
| LAWRENCE DEWAYNE FLOYD | § | |

ATTORNEY FOR PLAINTIFF: BEN WULFF FOR RYAN LOCKER, AUSA
ATTORNEY FOR DEFENDANT: HOWARD MOWERY

08/13/15

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 9:00 | Matter called for Initial Appearance on Indictment from Southern District of Georgia. |
| | Attorney announcements. Howard Mowery standing by for appointment. |
| | Defendant informed of charges, penalties and rights. |
| | Defendant has reviewed the Indictment and understands the allegations. |
| | Mr. Ben Wulff, AUSA states penalty range. |
| | Court appoints Howard Mowery for today's proceedings. Defendant will request court appointed counsel in Georgia. |
| | Defendant informed of Rule 20 and understands his rights. |
| | Defendant waives Identity hearing. |
| | Defendant waives probable cause hearing. |
| | Defendant waives detention hearing today and reserves right to raise issue in Georgia. |
| | Defendant remanded to the custody of the USM for transfer to originating district. |
| 9:10 | Adjourn. |